Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Northern__ District of __Mississippi__

__Oxford__ Division

Jeffrey Courtjay Jackson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Linda Lyons
John Lantern E030
Mississippi Highway Patrol
Panola County Justice Court
Mississippi Attorney General Lynn Fitch
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jefferey Courtjay Jackson
   Address: 488 Parks Place Rd
   Batesville, MS 38606
   County: Panola
   Telephone Number: 662 654-7381
   E-Mail Address: learningmoreeveryday@outlook.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Linda Lyons
   Job or Title (if known): Justice Court Clerk
   Address: 215 South Pocahontas St
   Sardis, MS 38666
   County: Panola
   Telephone Number: 662-487-2080
   E-Mail Address (if known):
   ☒ Individual capacity  ☒ Official capacity

   Defendant No. 2
   Name: John Lantern E030
   Job or Title (if known): Mississippi Highway Patrolman
   Address: 2200 Hwy 35 N
   Batesville, MS 38606
   County: Panola
   Telephone Number: 662 563-6400
   E-Mail Address (if known):
   ☒ Individual capacity  ☒ Official capacity

Page 2 of 6

Defendant No. 3
Name: Mississippi Highway Patrol
Job or Title (if known):
Address: 550 High Street
Jackson, MS 39201
City / State / Zip Code
County: Hinds
Telephone Number: 601-359-3680
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Panola County Justice court
Job or Title (if known):
Address: 550 High Street
Jackson, MS 39201
City / State / Zip Code
County: Hinds
Telephone Number: 601-359-3680
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 U.S.C. 241, 5th Amendment - Due process, 9th Amendment, Title 18 U.S.C. 1346, 4 U.S.C. 101, improper venue pursuant to the 11th Amendment, Administrative proccedure Act of 1946 wo stat 237

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Continued

Defendant No. 5

Name        Lynn Fitch
Job or Title    MS Attorney General
Address      550 High Street, Jackson, MS 39201

County       Hinds
Telephone Number   601-359-3680
E-mail Address

Continued Pg 4 (D)
D. Linda Lyons misused her power as a court clerk by coercion with officer Lantern and the Panola county Justice court to charge me for a right given to me by God. This was a scheme to defraud me of my intangible right to honest services.

The Mississippi Highway Patrol is also liable because of its inadequate and improper training of officer John Lantern that led to the violation of Plaintiffs constitutional rights. Basic Police academy emphasizes law and discipline, but such training alone is not enough. They should be trained to uphold, support, and defend the Constitution. They should also be required to have a thorough understanding of what is required of them.

Panola county Justice because of its responsibility to know and uphold the constitution. Instead, the court allowed officer John Lantern to charge me for a right garenteed to me by the constitution. Where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them. Miranda vs. Arizona, 384 US 436, 491

Attorney General Lynn Fitch abused her power by denying plaintiff the right to a constitutional question regarding the judicial officers involved in my case. She did not respond to any of Plaintiffs questions nor did she intervene to prevent the plaintiffs rights from being deprived.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Officer John Lantern E030 Misused his power to pull over plaintiff for a non emergency. He was not in need of my assistance, nor was he searching for an injured party. He had no probable cause to stop me. He used his authority to deprive me of my right to travel, extort information when he required me to give him my license and other information. Depriving me of my right to remain silent. Coercion by assisting the court in charging me for a right given to me by God, and false imprisonment by detaining me on side of the road.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Officer Lantern stopped me near Thermos Rd N Hwy 51 Batesville, MS 38606
Paperwork was filed at Panola County Justice Court in Sardis, MS 38666

B. What date and approximate time did the events giving rise to your claim(s) occur?
March 26, 2022 10:16AM stopped by Officer John Lantern
April 12, 2022 paperwork was filed into Panola County Justice Court
April 12, 2022 mailed a copy to MS Attorney General Lynn Fitch
April 19, 2022 Colby Williams from MS Secretary of State's office emailed me regarding oaths
May 16, 2022 Received 90 day notice from Panola County Justice Court for a fine of $231.00

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On March 26, 2022 at 10:16AM, I was taking my personal property (automobile) from point A to point B, when Officer John Lantern E030 intruded on my unalienable right to travel. Affirmed and protected by my creator; by the organic Constitution of the several United States (1789), specifically the 9th and 10th Amendments and by the organic Bill of Rights (1791) and upheld numerous times by various courts including the Supreme Court. Officer John Lantern E030 had no probable cause to stop me. There was no Emergency, and he was not searching for an injured party. He had no claim against me, a living soul and living man. When Officer Lantern approached my property (automobile), I kindly let him know that I did not consent or contract with him. Ignorance of the law does not excuse misconduct in anyone, especially a sworn officer of the law. Officer Lantern then asked for my license and insurance, which I gave to him under duress. He had a weapon, and I feared for my life. He then went back to his patrol car. When returning to my property (automobile) he gave me a citation for speeding. There can be no sanction or penalty imposed upon one because of this

Page 4 of 6

Statement of claim

Continued pg 4.(C)

exercise of constitutional rights. Sherar V. Cullen, 481 F.2d 945. The officers unlawful actions were intentional, willful, malicious, and done with reckless disregard to plaintiffs right to travel. Upon further inspection of the citation, I noticed that the ticket was insufficient, and the court listed lacked jurisdiction. I entered a motion into the Panola county Justice court to invoke Mississippi Rule of Civil Procedure Rule 12(b)(2) Lack of Jurisdiction over the person, and Rule 12(b)(4) Insufficient process. I also filed a Special Appearance, birth certificate, Affidavit of Reservation of Rights UCC 1-308/1-207, Judicial Notice of facts and laws, constitutional Questions, a formal complaint, and attached laws. I also sent a copy of this information to the Mississippi Attorney General Lynn Fitch, but I never got a response. She did not exercise her right to intervene, nor did she look into the case. Inspite of all the paperwork that Plaintiff filed into the Panola county Justice Court Plaintiff still recieved a 90 day notice in the mail from the Panola County Justice Court signed by Linda Lyons a clerk in the court dated may 16, 2022 for a fine of $231.00. When looking at the notice, I realized that I was given the wrong case number from Linda Lyons from the begining. Resulting in my paperwork being filed under the wrong case number. Linda was the sole source used for getting this information. She was asked for the sole purpose of preventing something like this from happening. I believe this was done by Linda Lyons only for the benefit of the Panola County Justice court, and was a scheme to defraud me of my intangible right to honest services. After doing further research on Officer Lantern I found out that he did not take the oath of the 6th article of the constitution as required by 4 USC 101. Not only did this imposter violate my right to travel, but he did not have the jurisdiction or the authority

Statement of claim
Continued pg 4(C)

to do what he did. According to Colby Williams Senior Policy Analyst from the Mississippi Secretary of State's office, they had no records of oaths for any officers. I then asked why? Aren't they employed by the state? Shouldn't your office have a record of oath for these people Posing as officers? Who are these imposters? I asked on two seperate occations, but never got a response back from the Mississippi Secretary of States office.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1) Infliction of emotional distress
2) lost earnings
3) Past, present, and future pain and suffering
4) Defendants actions evidence a species of bad faith and are stubbornly litigious and have caused plaintiff undue expenses.
5) Anxiety and difficulty concentrating
6) Emotional trauma
7) Confusion and fear
8) depression and fatigue
9) Headaches and flashbacks to the event
10) Difficulty concentrating and Irritability
11) Shame
12) Insomnia from fear of my physical safety
13) lack of trust in people
14) not feeling worthy
15) feeling unsafe and easily startled
16) sadness and moodswings
17) fear of retaliation
18) defamation of my character
19) nightmares

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Enter judgment against defendants and in favor of Plaintiff for each law violation alleged in this complaint
2) Award such Relief as the court finds necessary to redress injury to citizens resulting from defendants violations of civil rights including but not limited to, the right to travel, due process, and the right to keep personal matters private.
3) Enter a permanent injunction to prevent future deprivation of rights violations by the defendants
4) For an order enjoining defendants from engaging in the unlawful acts complained of herein.
5) If this court does not grant the injunctive relief sought herein, plaintiff will be irreparably harmed.
6) Compensatory damages for plaintiffs emotional pain and suffering in an amount to be proven at trial
7) Punitive damages in an amount to be determined at trial
8) Award Plaintiff the costs of bringing this action, as well as such other and additional relief as the court may deem necessary under the circumstances.
9) precedent for damages $1.8 million per incident for deprivation of rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff *without Prejudice 1-308 Jeffrey Courtjay Jackson*
Printed Name of Plaintiff *"   "   "   Jeffrey Courtjay Jackson*

#### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____ City / State / Zip Code
Telephone Number _____
E-mail Address _____