AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

Jeffrey Courtjay Jackson
_____
Plaintiff(s)
v.   MS Attorney General
     Lynn Fitch
Linda Lyons
Officer John Lantern E030
Mississippi Hwy Patrol
Panola County Justice Court
_____
Defendant(s)

Civil Action No.   3:22cv95-MPM-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Linda Lyons
215 South Pocahontas St
Sardis, MS 38666

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Courtjay Jackson
488 Parks Place Rd.
Batesville, MS 38606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 5/27/2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jeffrey Courtjay Jackson
*Plaintiff(s)*

v.

Linda Lyons
Officer John Lantern E030
Mississippi Hwy patrol
Panola county Justice court
MS Attorney General Lynn Fitch
*Defendant(s)*

Civil Action No. 3:22cv95-MPM-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Lantern E030
22000 Hwy 35 N
Batesville, MS 38606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Courtjay Jackson
488 Parks Place Rd.
Batesville, MS 38606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 5/27/2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

Jeffrey Courtjay Jackson
*Plaintiff(s)*

v.  MS Attorney General Lynn Fitch

Linda Lyoms
Officer John Lantern E030
Mississippi Hwy Patrol
Panola County Justice Court
*Defendant(s)*

Civil Action No. 3:22cv95-MPM-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mississippi Hwy Patrol
550 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Courtjay Jackson
488 Parks Place Rd.
Batesville, MS 38606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 5/27/2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

Jeffrey Courtjay Jackson
*Plaintiff(s)*

v.   MS Attorney General Lynn Fitch

Linda Lyons
John Lantern E030
Mississippi Hwy Patrol
Panola County Justice Court
*Defendant(s)*

Civil Action No. 3:22cv95-MPM-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Panola County Justice Court
550 High Street
Jackson, MS 39101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Courtjay Jackson
488 Parks Place Rd.
Batesville, MS 38606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 5/27/2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Jeffrey Courtjay Jackson  )
_Plaintiff(s)_ )
  )
v. Ms Attorney General ) Civil Action No. 3:22cv95-MPM-RP
Linda Lyons Lynn Fitch )
John Lantern 6030 )
Mississippi Hwy Patrol )
Panola County Justice Court )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Lynn Fitch
MS Attorney General
550 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Courtjay Jackson
488 Parks Place Rd.
Batesville, MS 38606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
CLERK OF COURT

Date: 5/27/2022       s/ Jennifer L. Adams
_Signature of Clerk or Deputy Clerk_