# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

JEFFREY COURTJAY JACKSON                                                    PLAINTIFF

V.                                                                  NO: 3:22CV095-MPM-RP


 LINDA LYONS, JUSTICE COURT CLERK;
JOHN LANTERN, E030, MISSISSIPPI HIGHWAY PATROLMAN;
MISSISSIPPI HIGHWAY PATROL;
PANOLA COUNTY JUSTICE COURT; AND
LYNN FITCH, MISSISSIPPI ATTORNEY GENERAL                          DEFENDANTS


## JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed.

So ordered, this, the 20th day of July, 2022.


 /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1